UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

```
FILED

APR 18 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS
```

| | |
|---|---|
| IVAN PENTCHEV IONTCHEV; et al.,<br><br>        Plaintiffs - Appellants,<br><br> v.<br><br>AAA CAB SERVICE, INC., an Arizona corporation, DBA AAA Sedan, DBA AAA Yellow Cab Company, DBA Aguila's, DBA Checker, DBA Courier, DBA Fiesta, DBA Neal's, DBA TLC, DBA Yellow; et al.,<br><br>        Defendants - Appellees. | No. 15-15789<br><br>D.C. Nos. 2:12-cv-00256-ROS,<br>2:13-cv-02152-ROS,<br>2:14-cv-00038-ROS<br>U.S. District Court for Arizona, Phoenix<br><br>**MANDATE** |

The judgment of this Court, entered March 27, 2017, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Margoth Turcios
Deputy Clerk
Ninth Circuit Rule 27-7